IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAOHUA CHEN, | No. C 07-2816 MEJ |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| vs. | **ORDER RE: SERVICE OF COMPLAINT** |
| MICHAEL CHERTOFF, et al., | |
| Defendant(s). | |

This matter is currently scheduled for a Case Management Conference on September 6, 2007. Upon review of the docket, the Court notes that the United States Attorney was not served with the summons and complaint, and defendants have made no appearance in the case. To permit time for proper service, the Court CONTINUES the Case Management Conference to November 15, 2007 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Plaintiff shall serve the summons and complaint on the United States Attorney's Office by September 28, 2007. Plaintiff shall use the following address for service:

> Civil Processing Clerk
> United States Attorney's Office
> 450 Golden Gate Avenue
> Box 36055
> San Francisco CA 94102

**IT IS SO ORDERED.**

Dated: September 4, 2007

MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DAOHUA CHEN,

        Plaintiff,

v.

MICHAEL CHERTOFF et al,

        Defendant.

Case Number: CV07-02816 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 4, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Daohua Chen
3361 Hadsell Court
Pleasanton, CA 94588

Dated: September 4, 2007

                                  Richard W. Wieking, Clerk
                                  By: Brenda Tolbert, Deputy Clerk