1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169
7
Attorneys for Defendants
8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12 | DOAHUA CHEN,                    )
                                     ) No. C 07-2816 MEJ
13 |        Plaintiff,                )
                                     )
14 |    v.                            )
                                     ) **PARTIES' CONSENT TO MAGISTRATE**
15 | MICHAEL CHERTOFF, Secretary of   ) **JUDGE JURISDICTION**
Department of Homeland Security;     )
16 | EMILIO GONZALES, Director of U.S. )
Citizenship and Immigration Services; )
17 | CHRISTINA POULOS, Acting Director of )
California Service Center in U.S. Citizenship and )
18 | Immigration Services;             )
ALBERTO GONZALES, United States      )
19 | Attorney General,                 )
                                     )
20 |        Defendants.                )
                                     )
21

22 | In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Plaintiff

23 | and the Defendants in this case hereby voluntarily consent to have a United States Magistrate

24 | Judge conduct any and all further proceedings in the case, including trial, and order the entry of a

25 | final judgment.

26 | ///

27 | ///

28

Parties' Consent to Magistrate Jurisdiction
C07-2816 MEJ                                         1

| | | |
|---|---|---|
| 1 | Dated: September 25, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS |
| 3 | | United States Attorney |

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: September 25, 2007           /s/
DOAHUA CHEN
*Pro se*

Parties' Consent to Magistrate Jurisdiction
C07-2816 MEJ                2