SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOAHUA CHEN, <br>     Plaintiff, <br>     v. <br> MICHAEL CHERTOFF, Secretary of Department of Homeland Security; EMILIO GONZALES, Director of U.S. Citizenship and Immigration Services; CHRISTINA POULOS, Acting Director of California Service Center in U.S. Citizenship and Immigration Services; ALBERTO GONZALES, United States Attorney General, <br>     Defendants. | No. C 07-2816 MEJ <br><br> **STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER** |

    Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiff filed this action on or about May 30, 2007. The United States Attorney's Office was not served until September 18, 2007.

    2. Pursuant to this Court's September 4, 2007 Order Continuing Case Management Conference, the parties are required to file a joint case management statement on November 8, 2007, and attend a case management conference on November 15, 2007.

Stipulation to Extend Dates
C07-2816 MEJ                    1

3.  In order to allow sufficient time for Defendants to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day for Defendants to file an Answer | November 16, 2007 |
| Last day to file Joint ADR Certification | November 22, 2007 |
| Last day to file/serve Joint Case Management Statement: | December 6, 2007 |
| Case Management Conference: | December 13, 2007 at 10:00 a.m. |

Dated: September 25, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: September 25, 2007

/s/
DOAHUA CHEN
*Pro se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

MARIA-ELENA JAMES
United States Magistrate Judge

Stipulation to Extend Dates
C07-2816 MEJ                                2