1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12  DOAHUA CHEN,                          )
                                          )  No. C 07-2816 MEJ
13                 Plaintiff,             )
                                          )
14          v.                            )
                                          )  **STIPULATION TO EXTEND DATES;**
15  MICHAEL CHERTOFF, Secretary of        )  **and [PROPOSED] ORDER**
    Department of Homeland Security;      )
16  EMILIO GONZALES, Director of U.S.     )
    Citizenship and Immigration Services; )
17  CHRISTINA POULOS, Acting Director of  )
    California Service Center in U.S. Citizenship and )
18  Immigration Services;                 )
    ALBERTO GONZALES, United States       )
19  Attorney General,                     )
                                          )
20                 Defendants.            )
                                          )
21

22      Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby

23  stipulate, subject to the approval of the Court, to the following:

24      1. Plaintiff filed this action on or about May 30, 2007.  The United States Attorney's Office

25  was not served until September 18, 2007.

26      2. Pursuant to this Court's September 4, 2007 Order Continuing Case Management

27  Conference, the parties are required to file a joint case management statement on November 8,

28  2007,  and attend a case management conference on November 15, 2007.

Stipulation to Extend Dates
C07-2816 MEJ                                1

3. In order to allow sufficient time for Defendants to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day for Defendants to file an Answer | November 16, 2007 |
| Last day to file Joint ADR Certification | November 22, 2007 |
| Last day to file/serve Joint Case Management Statement: | December 6, 2007 |
| Case Management Conference: | December 13, 2007 at 10:00 a.m. |

Dated: September 25, 2007                              Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


                                                                  /s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants


Dated: September 25, 2007                                         /s/
DOAHUA CHEN
*Pro se*


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: October 3, 2007

MARIA ELENA JAMES
United States Magistrate Judge