SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOAHUA CHEN,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Department of Homeland Security;<br>EMILIO T. GONZALES, Director of U.S. Citizenship and Immigration Services;<br>CHRISTINA POULOS, Acting Director of California Service Center in U.S. Citizenship and Immigration Services;<br>ALBERTO GONZALES,<br>United States Attorney General,<br><br>Defendants. | No. C 07-2816 MEJ<br><br>**ANSWER** |

Defendants hereby submit their answer to Plaintiff's Complaint.

**INTRODUCTION**

1. Defendants admit that the I-485 application was filed by Plaintiff and remains pending. The remaining allegations consists of Plaintiff's characterizations of the lawsuit for which no answer is necessary; however, to the extent a response is deemed to be required, the Defendants deny that they have improperly withheld action on Plaintiffs application to her detriment.

ANSWER
C07-2816 MEJ                                    1

## JURISDICTION

2. Paragraph Two consists of Plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny the allegations in this paragraph.

3. Paragraph Three consist solely of Plaintiff's characterizations of lawsuit for which no answer is necessary, but insofar as answers may be deemed necessary, the allegations in Paragraph Three are denied.

## VENUE

4. Paragraph Four consists of Plaintiff's allegations regarding venue, to which no responsive pleading is required.

## PARTIES

5. Defendants admit that Plaintiff is an applicant for an adjustment of status application; however, Defendants are without sufficient information to admit or deny the remaining allegations in this paragraph.

6. Defendants admit the allegations in Paragraph Six.

7. Defendants admit the allegations in Paragraph Seven.

8. Defendants admit the allegations in Paragraph Eight.

9. Defendants admit the allegations in Paragraph Nine with the exception that Michael Mukasey is the Attorney General of the United States.

## STATEMENT OF FACTS

10. Defendants admit the allegations in Paragraph Ten.

11. Defendants admit the allegations in Paragraph Eleven.

12. Defendants admit the allegations in Paragraph Twelve.

13. Defendants admit the first sentence in Paragraph Thirteen; however, Defendants are without sufficient information to admit or deny the remaining allegations in this paragraph.

14. Defendants are without sufficient information to admit or deny the allegations in Paragraph Fourteen.

15. Defendants admit the allegations in Paragraph Fifteen.

ANSWER
C07-2816 MEJ                                2

16. Defendants admit the allegations in Paragraph Sixteen.

17. Defendants admit the allegations in Paragraph Seventeen.

18. Defendants admit the allegations in Paragraph Eighteen.

19. Defendants admit the allegations in Paragraph Nineteen.

20. Defendants admit the allegations in Paragraph Twenty.

21. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty-One.

22. Defendants deny the allegations in Paragraph Twenty-Two.

23. Defendants deny the allegations in Paragraph Twenty-Three.

24. Defendants deny the allegations in Paragraph Twenty-Four.

25. Defendants deny the allegations in Paragraph Twenty-Five.

26. Paragraph Twenty-Six consist solely of Plaintiff's characterizations of lawsuit for which no answer is necessary, but insofar as answers may be deemed necessary, the allegations in Paragraph Twenty-Six are denied.

**INJURY TO PETITIONER**

27. Paragraph Twenty-Seven consist solely of Plaintiff's characterizations of lawsuit for which no answer is necessary, but insofar as answers may be deemed necessary, the allegations in Paragraph Twenty-Seven are denied.

28. Defendants admit the allegations in Paragraph Twenty-Eight.

29. Paragraph Twenty-Nine consist solely of Plaintiff's characterizations of lawsuit for which no answer is necessary, but insofar as answers may be deemed necessary, the allegations in Paragraph Twenty-Nine are denied.

30. Defendants are without sufficient information to admit or deny the allegations in Paragraph Thirty.

31. Defendants admit the first sentence in Paragraph Thirty-One; however, the remaining allegations consists of Plaintiff's characterizations of the lawsuit for which no answer is necessary; however, to the extent a response is deemed necessary, the Defendants deny the allegations in this paragraph.

1  32. Paragraph Thirty-Two consists of Plaintiff's characterizations of the lawsuit for which no answer is necessary; however, to the extent a response is deemed necessary, the Defendants deny the allegations in Paragraph Thirty-Two.

33. Paragraph Thirty-Three consists of Plaintiff's characterizations of the lawsuit for which no answer is necessary; however, to the extent a response is deemed necessary, the Defendants deny the allegations in Paragraph Thirty-Three.

## GROUNDS FOR RELIEF

34. Defendants deny the allegations in Paragraph Thirty-Four.

35. Paragraph Thirty-Five consists of Plaintiff's characterizations of the lawsuit for which no answer is necessary; however, to the extent a response is deemed necessary, the Defendants deny the allegations in Paragraph Thirty-Five.

36. Defendants deny the allegations in Paragraph Thirty-Six.

37. Paragraph Thirty-Seven consists of Plaintiff's characterizations of the lawsuit for which no answer is necessary; however, to the extent a response is deemed necessary, the Defendants deny the allegations in Paragraph Thirty-Seven.

## COUNT I

38. Defendants incorporates their responses to the allegations contained in the Paragraphs hereinabove.

39. Paragraph Thirty-Nine consists of Plaintiff's characterizations of the lawsuit for which no answer is necessary; however, to the extent a response is deemed necessary, the Defendants deny the allegations in Paragraph Thirty-Nine.

40. Paragraph Forty consists of Plaintiff's characterizations of the lawsuit for which no answer is necessary; however, to the extent a response is deemed necessary, the Defendants deny the allegations in Paragraph Forty.

41. Defendants deny the allegations in Paragraph Forty-One.

42. Paragraph Forty-Two consists of Plaintiff's characterizations of the lawsuit for which no answer is necessary; however, to the extent a response is deemed necessary, the Defendants deny the allegations in Paragraph Forty-Two.

43. Paragraph Forty-Three consists of Plaintiff's characterizations of the lawsuit for which no answer is necessary; however, to the extent a response is deemed necessary, the Defendants deny the allegations in Paragraph Forty-Three.

44. Paragraph Forty-Four consists of Plaintiff's characterizations of the lawsuit for which no answer is necessary; however, to the extent a response is deemed necessary, the Defendants deny the allegations in Paragraph Forty-Four.

## COUNT II

45. Defendants incorporates their responses to the allegations contained in the Paragraphs hereinabove.

46. Defendants deny the allegations in Paragraph Forty-Six.

47. Defendants deny the allegations in Paragraph Forty-Seven.

48. Paragraph Forty-Eight consists of Plaintiff's characterizations of the lawsuit for which no answer is necessary; however, to the extent a response is deemed necessary, the Defendants deny the allegations in Paragraph Forty-Eight.

## COUNT III

49. Defendants incorporates their responses to the allegations contained in the Paragraphs hereinabove.

50. Defendants deny the allegations in Paragraph Fifty.

51. Defendants deny the allegations in Paragraph Fifty-One.

52. Paragraph Fifty-Two consists of Plaintiff's characterizations of the lawsuit for which no answer is necessary; however, to the extent a response is deemed necessary, the Defendants deny the allegations in Paragraph Fifty-Two.

## COUNT IV

53. Defendants incorporates their responses to the allegations contained in the Paragraphs hereinabove.

54. Paragraph Fifty-Four consists of Plaintiff's characterizations of the lawsuit for which no answer is necessary; however, to the extent a response is deemed necessary, the Defendants deny the allegations in Paragraph Fifty-Four.

**PRAYER FOR RELIEF**

The remaining allegations consists of Plaintiff's prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny this paragraph.

**FIRST AFFIRMATIVE DEFENSE**

The court lacks jurisdiction over the subject matter of this action.

**SECOND AFFIRMATIVE DEFENSE**

The Complaint fails to state a claim against the Defendants upon which relief can be granted.

**THIRD AFFIRMATIVE DEFENSE**

No acts or omissions by the United States or its employees were the proximate cause of any injury or damages to the Plaintiff.

**FOURTH AFFIRMATIVE DEFENSE**

At all times alleged in the complaint, Defendants were acting with good faith, with justification, and pursuant to authority.

**FIFTH AFFIRMATIVE DEFENSE**

Defendants are processing the application referred to in the Complaint to the extent possible at this time. Accordingly, no relief as prayed for is warranted.

WHEREFORE, Defendants pray for relief as follows:

That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's complaint with prejudice; that Plaintiff takes nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Dated: November 16, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

ANSWER
C07-2816 MEJ                                    6

**CERTIFICATE OF SERVICE**

**Chen v. Chertoff, et al.**
**C 07-2816 MEJ**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**Answer**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

- __X__  FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

- ____  CERTIFIED MAIL (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

- ____  PERSONAL SERVICE (BY MESSENGER)

- ____  FEDERAL EXPRESS via Priority Overnight

- ____  EMAIL

- ____  FACSIMILE (FAX)

to the party(ies) addressed as follows:

Daohua Chen, Pro Se
3361 Hadsell Court
Pleasanton, CA 94588
PH: 925.461.1699     Cell: 925.858.2231
Email: wenbin_jin@yahoo.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this November 16, 2007 at San Francisco, California.

                        /s/
                      LILY HO-VUONG
                      Legal Assistant