1   SCOTT N. SCHOOLS, SC SBN 9990
    United States Attorney
2   JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
3   Chief, Civil Division
    ILA C. DEISS, NY SBN 3052909
4   Assistant United States Attorney

5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
6       Telephone: (415) 436-7124
        FAX: (415) 436-7169
7
    Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12  DOAHUA CHEN,                        )
                                        )   No. C 07-2816 MEJ
13              Plaintiff,              )
                                        )
14      v.                              )
                                        )   **PARTIES' JOINT REQUEST TO BE**
15  MICHAEL CHERTOFF, Secretary of      )   **EXEMPT FROM FORMAL ADR**
    Department of Homeland Security;    )   **PROCESS**
16  EMILIO GONZALES, Director of U.S.   )
    Citizenship and Immigration Services; )
17  CHRISTINA POULOS, Acting Director of )
    California Service Center in U.S. Citizenship and )
18  Immigration Services;               )
    ALBERTO GONZALES, United States     )
19  Attorney General,                   )
                                        )
20              Defendants.             )
    _____ )
21

22      Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

23  Resolution Procedures in the Northern District of California," or the specified portions of the ADR

24  Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution

25  options provided by the court and private entities, and considered whether this case might benefit

26  from any of them.

27      Here, the parties agree that referral to a formal ADR process will not be beneficial because this

28  mandamus action is limited to plaintiff's request that this Court compel defendants to adjudicate

    Parties' Request to be Exempt from ADR Process
    C07-2816 MEJ                         1

1  the applications for adjustment of status.  Given the substance of the action and the lack of any

2  potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax

3  court resources.

4      Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the

5  ADR Multi-Option Program and that they be excused from participating in the ADR phone

6  conference and any further formal ADR process.

7  Dated: November 30, 2007                      Respectfully submitted,

8                                                SCOTT N. SCHOOLS
                                                 United States Attorney
9

10

11     _____/s/_____
                                                 ILA C. DEISS
12                                               Assistant United States Attorney
                                                 Attorney for Defendants

13

14  Dated: November 30, 2007          _____/s/_____
                                                 DOAHUA CHEN
15                                               *Pro se*

16

17                                    **ORDER**

18      Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the

19  ADR Multi-Option Program and are excused from participating in the ADR phone conference and

20  any further formal ADR process.

21  **SO ORDERED.**

22  Dated:                           _____
                                                 PHYLLIS J. HAMILTON
23                                               United States District Judge

24

25

26

27

28

Parties' Request to be Exempt from ADR Process
C07-2816 MEJ                          2