# CERTIFICATE OF SERVICE

### DOAHUA CHEN v. MICHAEL CHERTOFF; et al.
### C 07-2816 MEJ

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following document(s):

### PARTIES' JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS

to be served this date upon the party(ies) as follows:

✓   **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____   **PERSONAL SERVICE (BY MESSENGER)** I caused such envelope to be delivered by hand to the person or offices of each addressee below.

____   **FACSIMILE (FAX)** Telephone No.: _____ I caused each such document to be sent by facsimile to the person or offices of each addressee below.

____   **FEDERAL EXPRESS**

____   **CERTIFIED MAIL**

____   **BY E-MAIL** I caused each such document to be sent by e-mail to the person or offices of each addressee below.

to the party(ies) addressed as follows:

Mustafa Sungur, Pro Se
5648 Drysdale Drive
San Jose, CA 95124

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 3, 2007 at San Francisco, California.

                                                  /s/
                                      CAROL E. WEXELBAUM
                                      Legal Assistant