| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOAHUA CHEN, | ) |
| Plaintiff, | ) No. C 07-2816 MEJ |
| v. | ) |
| MICHAEL CHERTOFF, Secretary of Department of Homeland Security; | ) **PARTIES' JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS** |
| EMILIO GONZALES, Director of U.S. Citizenship and Immigration Services; | ) AND ORDER THEREON |
| CHRISTINA POULOS, Acting Director of California Service Center in U.S. Citizenship and Immigration Services; | ) |
| ALBERTO GONZALES, United States Attorney General, | ) |
| Defendants. | ) |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to plaintiff's request that this Court compel defendants to adjudicate

Parties' Request to be Exempt from ADR Process
C07-2816 MEJ                                                         1

the applications for adjustment of status.  Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources.

Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: November 30, 2007                            Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


                                                    /s/
                                                    ILA C. DEISS
                                                    Assistant United States Attorney
                                                    Attorney for Defendants


Dated: November 30, 2007                            /s/
                                                    DOAHUA CHEN
                                                    *Pro se*

## ORDER

Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR Multi-Option Program and are excused from participating in the ADR phone conference and any further formal ADR process.

**SO ORDERED.**

Dated:  December 5, 2007

_____
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA