SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOAHUA CHEN,<br><br>              Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary of Department of Homeland Security;<br>EMILIO GONZALES, Director of U.S. Citizenship and Immigration Services;<br>CHRISTINA POULOS, Acting Director of California Service Center in U.S. Citizenship and Immigration Services;<br>ALBERTO GONZALES, United States Attorney General,<br><br>              Defendants. | No. C 07-2816 MEJ<br><br>**JOINT CASE MANAGEMENT STATEMENT** and **[Proposed] ORDER** |

1. Jurisdiction and Service:

The basis asserted by plaintiff for this Court's jurisdiction is 28 U.S.C. § 1331, 8 U.S.C. § 1101, 5 U.S.C. § 701 and 28 U.S.C. § 1361. The parties do not dispute that venue is proper in this district. No issues exist regarding personal jurisdiction or venue, and no parties remain to be served.

2. Facts:

Plaintiff filed a Form I-485 application to adjust her status to lawful permanent resident with

Joint Case Management Conference Statement
C07-2816 MEJ                                                1

1  the United States Citizenship and Immigration Services (USCIS) on or about on June 10, 2005.
2  The USCIS has not yet adjudicated the Form I-485 application. The Plaintiff filed an action on
3  May 30, 2007, seeking an order from this Court directing USCIS to adjudicate the Form I-485
4  application.

5     3. Legal Issues:

6  Whether this Court should dismiss the Plaintiff's action for lack of subject matter jurisdiction.
7  If this Court has jurisdiction, whether the USCIS is processing the Plaintiff's I-485 applications
8  within a reasonable period of time.

9     4. Motions:

10  The parties intend to file cross-motions for summary judgment.

11     5. Amendment of Pleadings:

12  No parties, claims or defenses are expected to be added or dismissed.

13     6. Evidence Preservation:

14  The parties do not have any evidence that falls within this category.

15     7. Disclosures:

16  The parties believe that the initial disclosure requirements of Fed. R. Civ. P. 26 do not apply to
17  this case.

18     8. Discovery:

19  The parties do not intend to take any discovery at this time.

20     9. Class Actions:

21  N/A

22     10. Related Cases:

23  The parties are not aware of any related case or cases.

24     11. Relief:

25  The Plaintiff ask this Court to direct USCIS to adjudicate the Form I-485 application.

26     12. Settlement and ADR:

27  The parties' filed a request to be exempt from formal ADR process on December 3, 2007.

28     13. Consent to Magistrate Judge for All Purposes:

1 | The parties consent to a magistrate judge.

2 | 14. Other References:

3 | The parties do not believe that this case is suitable for reference to binding arbitration, a
4 | special master, or the Judicial Panel on Multidistrict Litigation.

5 | 15. Narrowing of Issues:

6 | The parties do not believe that the issues can be narrowed by agreement or by motion, and do
7 | not have suggestions to expedite the presentation of evidence at trial (e.g. through summaries or
8 | stipulated facts), and any request to bifurcate issues, claims or defenses.

9 | 16. Expedited Schedule:

10 | The parties believe this case can be resolved on cross-motions for summary judgment.

11 | 17. Scheduling:

12 | The parties propose the following schedule on the parties' cross-motions for summary
13 | judgment:

14 | Cross-Motions for Summary Judgment:           January 3, 2008
15 | Cross-Oppositions:                              January 17, 2008
16 | Hearing:                                        February 7, 2008 at 10:00 a.m.

17 | 18. Trial:

18 | The parties do not anticipate the need for a trial in this case.

19 | 19. Disclosure of Non-party Interested Entities or Persons:

20 | None.

21 | 20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this
22 | matter.

23 | None.

24 | ///
25 | ///
26 |
27 |
28 |

| | | |
|---|---|---|
| 1 | Date: December 6, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | | _____/s/_____<br>ILA C. DEISS |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 6 | | |
| 7 | | |
| 8 | Date: December 7, 2007 | _____/s/_____<br>DOAHUA CHEN<br>*Pro se* |

**CASE MANGEMENT ORDER**

The Joint Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case, and the parties are ordered to comply with this Order.

Date: _____
MARIA-ELENA JAMES
United States Magistrate Judge

Joint Case Management Conference Statement
C07-2816 MEJ                        4