# CERTIFICATE OF SERVICE

**<u>DOAHUA CHEN v. MICHAEL CHERTOFF; et al.</u>**
**C 07-2816 MEJ**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following document(s):

**JOINT CASE MANAGEMENT STATEMENT and**
**[Proposed] Order**

to be served this date upon the party(ies) as follows:

✓     **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ **PERSONAL SERVICE (BY MESSENGER)** I caused such envelope to be delivered by hand to the person or offices of each addressee below.

____ **FACSIMILE (FAX)** Telephone No.: _____ I caused each such document to be sent by facsimile to the person or offices of each addressee below.

____ **FEDERAL EXPRESS**

____ **CERTIFIED MAIL**

____ **BY E-MAIL** I caused each such document to be sent by e-mail to the person or offices of each addressee below.

to the party(ies) addressed as follows:

Doahua Chen, Pro Se
3361 Hadsell Court
Pleasanton, CA 94588

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 10, 2007 at San Francisco, California.

                                 /s/
                         CAROL E. WEXELBAUM
                         Legal Assistant