1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169

7 | Attorneys for Defendants
8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12 | DOAHUA CHEN,                        )
                                        ) No. C 07-2816 MEJ
13 |        Plaintiff,                  )
                                        )
14 |   v.                               )
                                        ) **STIPULATION TO EXTEND DATE OF**
15 | MICHAEL CHERTOFF, Secretary of     ) **PARTIES' CROSS-MOTIONS FOR**
     Department of Homeland Security;   ) **SUMMARY JUDGMENT; AND**
16 | EMILIO GONZALES, Director of U.S.  ) **[PROPOSED] ORDER**
     Citizenship and Immigration Services; )
17 | CHRISTINA POULOS, Acting Director of )
     California Service Center in U.S. Citizenship and )
18 | Immigration Services;              )
     ALBERTO GONZALES, United States    )
19 | Attorney General,                  )
                                        )
20 |        Defendants.                 )
                                        )
21

22 |     Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby

23 | stipulate, subject to the approval of the Court, to a 7-day extension of the parties' cross-motions

24 | for summary judgment.   Plaintiff requires additional time to research and address the issues in the

25 | cross-motions for summary judgment.

26 |     Accordingly, the parties hereby respectfully ask this Court to extend the dates in the Court's

27 | scheduling order as follows:

28 |     Cross-Motions for Summary Judgment                            January 10, 2008

Stipulation to Extend Date of Cross-Motions
C07-2816 MEJ                               1

| | | |
|---|---|---|
|1| Cross-Oppositions | January 24, 2008 |
|2| Hearing: | February 7, 2008 at 10:00 a.m. |
|3| Dated: January 3, 2008 | Respectfully submitted, |
|4| | SCOTT N. SCHOOLS<br>United States Attorney |
|7| | ILA C. DEISS<br>Assistant United States Attorney<br>Attorney for Defendants |
|10| Dated: January 03, 2008 | *Daohua Chen*<br>DOAHUA CHEN<br>*Pro se* |

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____

MARIA-ELENA JAMES
United States Magistrate Judge

Stipulation to Extend Date of Cross-Motions
C07-2816 MEJ                                    2