1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12 DOAHUA CHEN,                              )
                                             ) No. C 07-2816 MEJ
13           Plaintiff,                      )
                                             )
14      v.                                   )
                                             ) **STIPULATION TO EXTEND DATE OF**
15 MICHAEL CHERTOFF, Secretary of            ) **PARTIES' CROSS-MOTIONS FOR**
   Department of Homeland Security;          ) **SUMMARY JUDGMENT; AND**
16 EMILIO GONZALES, Director of U.S.         ) [PROPOSED] **ORDER**
   Citizenship and Immigration Services;     )
17 CHRISTINA POULOS, Acting Director of      )
   California Service Center in U.S. Citizenship and )
18 Immigration Services;                     )
   ALBERTO GONZALES, United States           )
19 Attorney General,                         )
                                             )
20           Defendants.                     )
                                             )
21

22     Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby

23 stipulate, subject to the approval of the Court, to a 7-day extension of the parties' cross-motions

24 for summary judgment.  Plaintiff requires additional time to research and address the issues in the

25 cross-motions for summary judgment.

26     Accordingly, the parties hereby respectfully ask this Court to extend the dates in the Court's

27 scheduling order as follows:

28     Cross-Motions for Summary Judgment                          January 10, 2008

Stipulation to Extend Date of Cross-Motions
C07-2816 MEJ                                 1

| | | |
|---|---|---|
|1| Cross-Oppositions | January 24, 2008 |
|2| Hearing: | February 7, 2008 at 10:00 a.m. |
|3| Dated: January 3, 2008 | Respectfully submitted, |
|4| | SCOTT N. SCHOOLS<br>United States Attorney |
| | | |
| | | /s/ ILA C. DEISS |
|7| | ILA C. DEISS<br>Assistant United States Attorney<br>Attorney for Defendants |
| | | |
|10| Dated: January 03, 2008 | /s/ Daohua Chen |
|11| | DOAHUA CHEN<br>Pro se |

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: January 4, 2008

_____
MARIA-ELENA JAMES
United States Magistrate Judge

Stipulation to Extend Date of Cross-Motions
C07-2816 MEJ                                     2