1  JUSTIN X. WANG (CSB #166183)
   PEGGY A. SHIH (CSB #197545)
2  BAUGHMAN & WANG
   111 Pine Street, Suite 1350
3  San Francisco, California 94111
   Telephone: (415) 576-9923
4  Facsimile: (415) 576-9929

5  Attorneys for Plaintiff

6

               UNITED STATES DISTRICT COURT
7
             NORTHERN DISTRICT OF CALIFORNIA
8
               SAN FRANCISCO DIVISION
9

10 Daohua CHEN,             )
                         )    Case No.: C 07-2816 MEJ
                         )
11           Plaintiff      )    **NOTICE OF APPEARANCE**
                         )    **OF COUNSEL**
12 vs.                     )
                         )
13 MICHAEL CHERTOFF, Secretary of  )
    Department of Homeland Security;   )
14 EMILIO GONZALES, Director,     )
    U.S. Citizenship and Immigration Services; )
15 CHRISTINA POULOS, Acting District  )
    Director, California Service Center, U.S.  )
16 Citizenship and Immigration Services;  )
    ALBERTO GONZALES, United States  )
17 Attorney General,           )
                         )
18          Defendants.   )
                         )

19                  **NOTICE OF MOTION**

20 TO DEFENDANTS AND THEIR ATTORNEY OF RECORD:

21      PLEASE TAKE NOTICE, hereby given, that Justin Wang, Esq., partner of the firm

22 Baughman & Wang, hereby appears as counsel of record for Plaintiff Daohua Chen.

23

24 Dated: January 10, 2008      By

25                   Justin X. Wang
                  Attorney for Plaintiff
26

27

28

F:\Peggy\immigration\mandamus\CHEN, Daohua\attny.substitution.wpd