1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7124
     FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12 DOAHUA CHEN,                          )  No. C 07-2816 MEJ
                                         )
13            Plaintiff,                 )
                                         )
14      v.                               )  DEFENDANTS' CROSS-OPPOSITION TO
                                         )  PLAINTIFF'S CROSS-MOTION FOR
15 MICHAEL CHERTOFF, Secretary of        )  SUMMARY JUDGMENT
   Department of Homeland Security;      )
16 EMILIO GONZALES, Director of U.S.     )
   Citizenship and Immigration Services; )  Date: February 7, 2008
17 CHRISTINA POULOS, Acting Director of  )  Time: 10:00 a.m.
   California Service Center in U.S. Citizenship and )  Courtroom: B, 15th Floor
18 Immigration Services;                 )
   ALBERTO GONZALES, United States       )
19 Attorney General,                     )
                                         )
20            Defendants.                )
                                         )
21

22     Plaintiff Doahua Chen, now represented by counsel, asks this Court to issue a writ of

23 mandamus, compelling the Defendants to make a determination on her application for adjustment

24 of status.  She also asks the Court to find that Defendants have violated the Administrative

25 Procedure Act ("APA"), and to grant relief under the Declaratory Judgment Act.  Plaintiff's claims

26 must fail.  Plaintiff's application remains pending because her name check with the FBI is not yet

27 complete.  The facts are undisputed, and Defendants are entitled to judgment as a matter of law.

28 Accordingly, Defendants respectfully ask this Court to grant their motion for summary judgment.

   Defendants' Cross-Opposition to Plaintiff's Cross-Motion for Summary Judgment
   C07-2816 MEJ                             1

1  On June 10, 2005, Plaintiff filed an application to adjust status as permanent resident (Form I-485). Plaintiff's application is ready to be adjudicated except for her pending background and security check. Plaintiff filed the instant Complaint on May 30, 2007.

As noted by this Court in Shaikh v. Gonzales, 2007 WL 4259410 (N.D.Cal. Dec. 3, 2007), Judges in this district have found that, under normal circumstances, a delay of approximately two years due to an uncompleted FBI background check is unreasonable as a matter of law. See, e.g., Dong v. Chertoff, 2007 WL 2601107; Huang v. Chertoff, 2007 WL 1831105 (N.D.Cal.); see also Clayton v. Chertoff, 2007 WL 2904049, at *3 (N.D.Cal.)(under two years is not unreasonable as a matter of law). Plaintiff applied for adjustment in June 2005, and filed this Complaint in May 2007, less than two years later. Therefore, the delay is reasonable as a matter of law. Nothing in Plaintiff's motion shows that Defendants are unwilling or refusing to process Plaintiff's application.

For the foregoing reasons, the Government respectfully asks the Court to dismiss Defendants Emilio Gonzalez, Christina Poulos, and Alberto Gonzales, and grant the remaining Defendant's motion for summary judgment as a matter of law.

Dated: January 23, 2008                        Respectfully submitted,

                                               JOSEPH P. RUSSONIELLO
                                               United States Attorney


                                                      /s/
                                               ILA C. DEISS
                                               Assistant United States Attorney
                                               Attorney for Defendants