IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAOHUA CHEN, | No. C 07-2816 MEJ |
| Plaintiff(s), | **ENTRY OF JUDGMENT** |
| vs. | |
| MICHAEL CHERTOFF, et al., | |
| Defendant(s). | |

On January 23, 2008, the Court granted Plaintiff's motion for summary judgment and denied Defendants' cross-motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Plaintiff and against Defendants. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: January 23, 2008

MARIA-ELENA JAMES
United States Magistrate Judge