EXHIBIT A

```
1  JUSTIN X. WANG (CA SBN 166183)
   BAUGHMAN & WANG
2  111 Pine Street, Ste. 1350
   San Francisco, CA 94111
3  Tel: (415) 576-9923
   Fax: (415) 576-9929
4
   Attorneys for Respondent
5  Daohua CHEN
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Daohua CHEN | ) Case No: C 07-2816 MEJ |
| Plaintiff, | ) DECLARATION OF DAOHUA CHEN |
| v. | ) |
| MICHAEL CHERTOFF, Secretary of Department of Homeland Security; EMILIO GONZALES, Director, U.S. Citizenship and Immigration Services; CHRISTINA POULOS, Acting District Director, California Service Center, U.S. Citizenship and Immigration Services; ALBERTO GONZALES, United States Attorney General, | ) |
| Defendants. | ) |

I, Daohua Chen declare under penalty of perjury as follows:

1. I am an individual whose net worth did not exceed $2,000,000 at the time the civil action was filed on May 30, 2007.

1

1 | I declare under penalty of perjury under the laws of the United States that the foregoing is true
2 | and correct and that this declaration was executed on March 4, 2008, at San Francisco, California.
3
4 | *Daohua Chen*   03/04/2008
5 | Daohua Chen
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2