EXHIBIT B

JUSTIN X. WANG (CA SBN 166183)
BAUGHMAN & WANG
111 Pine Street, Ste. 1350
San Francisco, CA 94111
Tel: (415) 576-9923
Fax: (415) 576-9929

Attorneys for Respondent
Daohua CHEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Daohua CHEN,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL CHERTOFF, Secretary of Department of Homeland Security; EMILIO GONZALES, Director, U.S. Citizenship and Immigration Services; CHRISTINA POULOS, Acting District Director, California Service Center, U.S. Citizenship and Immigration Services; ALBERTO GONZALES, United States Attorney General,<br><br>    Defendants. | Case No: **C 07-2816 MEJ**<br><br>**DECLARATION OF JUSTIN X. WANG** |

I, Justin X. Wang, am a partner in the law offices of BAUGHMAN & WANG. We represent the Plaintiff in this matter. I declare as follows:

1.  My customary hourly fee is $400.00 per hour. To my knowledge, $400.00 per hour is the usual rate for lawyers in the San Francisco Bay Area with comparable knowledge, experience, and the skill set required for this type of case.

1

2. Attached is an itemized summary of fees and expenses incurred, as result of the time expended and duties performed in litigating this action for Plaintiff.

3. Attached is a copy from Bureau of Labor Statistics (BLS) with the most recent Consumer Price Index in San Francisco, for all Urban Consumers (CPI-U). **(Exhibit D: BLS San Francisco CPI-U)** The latest CPI-U figures as of December 2007, for the San Francisco area is 218.49 (rounded to the nearest tenth). The Courts use as a base rate the CPI-U as of March 1996, which was 155.70, for the purposes of calculating inflation on the Cost of Living Adjustment. **(Exhibit E: BLS U.S. City Average CPI-U)**

The following formula is used to adjust for inflation:

$$\$125.00 \times \frac{\text{(current CPI-U)}}{\text{(March 1996 CPI-U)}}$$

the increase in inflation since March 1996 is as follows:

$$\$125.00 \times \frac{(218.49)}{(155.70)} = \$175.40$$

Therefore, the statutory EAJA rate adjusted for inflation currently is $175.40 per hour.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on March 11, 2008, at San Francisco, California.

Justin X. Wang