EXHIBIT C

Case 3:07-cv-02816-MEJ    Document 22-4    Filed 03/12/2008    Page 1 of 3

## ATTORNEY TIME RECORD

CLIENT:    <u>CHEN, Daohua</u>

| **DATE** | **HOURS/TENTHS** | **DESCRIPTION** |
|---|---|---|
| 01/07/08 | 1.0 | Met with client to discuss legal issue and particulars of case. |
| 01/08/08 | 3.5 | Reviewed clients prior mandamus filing and Defendant's answer against Client. Performed initial legal research into clients factual situation. |
| 01/09/08 | 4.3 | Reviewed Defendant's Cross-motion for summary judgment. Performed legal research & drafted opposition to summary judgment for client. |
| 01/10/08 | 2.0 | consulted with client, reviewed file & edited opposition to summary judgment before filing with court Filed notice of appearance via e-filing with the Court. |
| 01/23/08 | 3.3 | Received and reviewed defendants cross-opposition motion. Performed Legal research regarding Defendant's motion & authorities. |
| 01/24/08 | 2.5 | Notified client of Courts decision & discussed further proceedings. Initial legal research regarding EAJA filing |
| 02/04/08 | 3.0 | researched and drafted EAJA fee |

1

|  |  |  | application. |
|---|---|---|---|
| 02/24/08 | 0.5 |  | Reviewed and finalized EAJA fee application for submission. |

**Total Hours: 20.1**

| 20.1 Hrs @ $ 175.40 per hour: | $3,525.54 |
|---|---|
| **Filing Fee Cost:** | $350.00 |
| **Total Coast:** | $3,875.54 |

2