

EXHIBIT D

San Francisco-Oakland-Fremont, CA Economy at a Glance

| | July 2007 | Aug 2007 | Sept 2007 | Oct 2007 | Nov 2007 | Dec 2007 |
|---|---|---|---|---|---|---|
| Labor Force Data | | | | | | |
| Civilian Labor Force (,1,) | 2,235.8 | 2,228.7 | 2,225.6 | 2,223.3 | 2,232.1 | 2,237.4 |
| Employment (,1,) | 2,131.2 | 2,124.1 | 2,123.2 | 2,122.1 | 2,129.9 | 2,133.3 |
| Unemployment (,1,) | 104.6 | 104.6 | 102.3 | 101.2 | 102.2 | 104.1 |
| Unemployment Rate (,2,) | 4.7 | 4.7 | 4.6 | 4.6 | 4.6 | 4.7 |
| Nonfarm Wage and Salary Employment | | | | | | |
| Total Nonfarm (,3,) | 2,038.2 | 2,038.4 | 2,045.5 | 2,052.3 | 2,059.8 | 2,065.1(,P,) |
| 12-month % change | 1.8 | 1.6 | 1.4 | 1.1 | 0.9 | 0.9(,P,) |
| Manufacturing (,3,) | 142.6 | 143.0 | 143.4 | 143.0 | 143.3 | 143.0(,P,) |
| 12-month % change | 1.3 | 1.2 | 1.6 | 1.1 | 0.8 | 0.6(,P,) |
| Trade, Transportation, and Utilities (,3,) | 361.0 | 361.4 | 361.5 | 362.9 | 369.9 | 376.7(,P,) |
| 12-month % change | 1.1 | 1.1 | 1.0 | 1.2 | 1.0 | 0.7(,P,) |
| Information (,3,) | 68.1 | 67.9 | 67.4 | 67.0 | 66.9 | 67.0(,P,) |
| 12-month % change | -0.7 | -0.9 | -0.4 | -0.7 | -1.3 | -1.9(,P,) |
| Financial Activities (,3,) | 158.6 | 158.4 | 157.8 | 157.0 | 155.8 | 155.7(,P,) |
| 12-month % change | 0.3 | -0.1 | -0.5 | -0.9 | -1.9 | -2.2(,P,) |
| Professional and Business Services (,3,) | 357.8 | 360.3 | 358.9 | 360.0 | 360.4 | 362.5(,P,) |
| 12-month % change | 2.9 | 3.1 | 2.7 | 2.6 | 2.4 | 2.3(,P,) |
| Education and Health Services (,3,) | 230.3 | 229.8 | 233.1 | 235.3 | 236.4 | 236.4(,P,) |
| 12-month % change -- EHS | 3.4 | 3.4 | 3.0 | 2.5 | 2.4 | 2.5(,P,) |
| Leisure and Hospitality (,3,) | 216.5 | 216.5 | 215.7 | 213.5 | 212.3 | 212.8(,P,) |
| 12-month % change -- Leisure & Hospitality | 3.6 | 2.7 | 2.7 | 2.0 | 1.8 | 2.0(,P,) |
| Other Services (,3,) | 75.0 | 74.9 | 74.6 | 74.5 | 74.1 | 74.7(,P,) |
| 12-month % change | 1.4 | 1.5 | 1.2 | 0.7 | 1.0 | 0.8(,P,) |
| Government (,6,) | 311.1 | 309.4 | 317.6 | 324.0 | 326.6 | 324.0(,P,) |
| 12-month % change | 2.1 | 2.4 | 2.4 | 2.1 | 1.9 | 2.3(,P,) |
| Consumer Price Index: San Francisco-Oakland-San Jose, CA | | | | | | |
| CPI-U, All items, Index (,4,) | | 216.240 | | 217.949 | | 218.485 |
| CPI-U, All items, 12-month % change (,4,) | | 2.6 | | 3.3 | | 3.8 |
| CPI-W, All items, Index (,5,) | | 211.620 | | 213.133 | | 214.204 |
| CPI-W, All items, 12-month % change (,5,) | | 2.4 | | 3.4 | | 4.2 |

Footnotes:
(P) Preliminary
(,1,) Number of persons, in thousands, not seasonally adjusted
(,2,) In percent, not seasonally adjusted
(,3,) Number of jobs, in thousands, not seasonally adjusted
(,4,) All Urban Consumers, base: 1982-84=100, not seasonally adjusted
(,5,) Urban Wage Earners and Clerical Workers, base: 1982-84=100, not seasonally adjusted
(,6,) Footnote exists. Please review the entire published history for this series.

Data extracted on: February 27, 2008

Source   : U. S. Bureau of Labor Statistics