EXHIBIT E

2-20-2008

U.S. Department Of Labor
Bureau of Labor Statistics
Washington, D.C. 20212

Consumer Price Index

All Urban Consumers - (CPI-U)

U.S. city average

All items

1982-84=100

| Year | Jan. | Feb. | Mar. | Apr. | May | June | July | Aug. | Sep. | Oct. | Nov. | Dec. | Annual Avg. | Percent change Dec-Dec | Percent change Avg-Avg |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 1913 | 9.8 | 9.8 | 9.8 | 9.8 | 9.7 | 9.8 | 9.9 | 9.9 | 10.0 | 10.0 | 10.1 | 10.0 | 9.9 | --- | --- |
| 1914 | 10.0 | 9.9 | 9.9 | 9.8 | 9.9 | 9.9 | 10.0 | 10.2 | 10.2 | 10.1 | 10.2 | 10.1 | 10.0 | 1.0 | 1.0 |
| 1915 | 10.1 | 10.0 | 9.9 | 10.0 | 10.1 | 10.1 | 10.1 | 10.1 | 10.1 | 10.2 | 10.3 | 10.3 | 10.1 | 2.0 | 1.0 |
| 1916 | 10.4 | 10.4 | 10.5 | 10.6 | 10.7 | 10.8 | 10.8 | 10.9 | 11.1 | 11.3 | 11.5 | 11.6 | 10.9 | 12.6 | 7.9 |
| 1917 | 11.7 | 12.0 | 12.0 | 12.6 | 12.8 | 13.0 | 12.8 | 13.0 | 13.3 | 13.5 | 13.5 | 13.7 | 12.8 | 18.1 | 17.4 |
| 1918 | 14.0 | 14.1 | 14.0 | 14.2 | 14.5 | 14.7 | 15.1 | 15.4 | 15.7 | 16.0 | 16.3 | 16.5 | 15.1 | 20.4 | 18.0 |
| 1919 | 16.5 | 16.2 | 16.4 | 16.7 | 16.9 | 16.9 | 17.4 | 17.7 | 17.8 | 18.1 | 18.5 | 18.9 | 17.3 | 14.5 | 14.6 |
| 1920 | 19.3 | 19.5 | 19.7 | 20.3 | 20.6 | 20.9 | 20.8 | 20.3 | 20.0 | 19.9 | 19.8 | 19.4 | 20.0 | 2.6 | 15.6 |
| 1921 | 19.0 | 18.4 | 18.3 | 18.1 | 17.7 | 17.6 | 17.7 | 17.7 | 17.5 | 17.5 | 17.4 | 17.3 | 17.9 | -10.8 | -10.5 |
| 1922 | 16.9 | 16.9 | 16.7 | 16.9 | 16.7 | 16.7 | 16.8 | 16.6 | 16.6 | 16.7 | 16.8 | 16.9 | 16.8 | -2.3 | -6.1 |
| 1923 | 16.8 | 16.8 | 16.8 | 16.9 | 16.9 | 17.0 | 17.2 | 17.1 | 17.2 | 17.3 | 17.3 | 17.3 | 17.1 | 2.4 | 1.8 |
| 1924 | 17.3 | 17.2 | 17.1 | 17.0 | 17.0 | 17.0 | 17.1 | 17.0 | 17.1 | 17.2 | 17.2 | 17.3 | 17.1 | 0.0 | 0.0 |
| 1925 | 17.3 | 17.2 | 17.3 | 17.2 | 17.3 | 17.5 | 17.7 | 17.7 | 17.7 | 17.7 | 18.0 | 17.9 | 17.5 | 3.5 | 2.3 |
| 1926 | 17.9 | 17.9 | 17.8 | 17.9 | 17.8 | 17.7 | 17.5 | 17.4 | 17.5 | 17.6 | 17.7 | 17.7 | 17.7 | -1.1 | 1.1 |
| 1927 | 17.5 | 17.4 | 17.3 | 17.3 | 17.4 | 17.6 | 17.3 | 17.2 | 17.3 | 17.4 | 17.3 | 17.3 | 17.4 | -2.3 | -1.7 |
| 1928 | 17.3 | 17.1 | 17.1 | 16.9 | 17.2 | 17.1 | 17.1 | 17.1 | 17.3 | 17.2 | 17.2 | 17.1 | 17.1 | -1.2 | -1.7 |
| 1929 | 17.1 | 17.1 | 17.0 | 16.9 | 17.0 | 17.1 | 17.3 | 17.3 | 17.3 | 17.3 | 17.3 | 17.2 | 17.1 | 0.6 | 0.0 |
| 1930 | 17.1 | 17.0 | 16.9 | 17.0 | 16.9 | 16.8 | 16.6 | 16.5 | 16.6 | 16.5 | 16.4 | 16.1 | 16.7 | -6.4 | -2.3 |
| 1931 | 15.9 | 15.7 | 15.6 | 15.5 | 15.3 | 15.1 | 15.1 | 15.1 | 15.0 | 14.9 | 14.7 | 14.6 | 15.2 | -9.3 | -9.0 |
| 1932 | 14.3 | 14.1 | 14.0 | 13.9 | 13.7 | 13.6 | 13.6 | 13.5 | 13.4 | 13.3 | 13.2 | 13.1 | 13.7 | -10.3 | -9.9 |
| 1933 | 12.9 | 12.7 | 12.6 | 12.6 | 12.6 | 12.7 | 13.1 | 13.2 | 13.2 | 13.2 | 13.2 | 13.2 | 13.0 | 0.8 | -5.1 |
| 1934 | 13.2 | 13.3 | 13.3 | 13.3 | 13.3 | 13.4 | 13.4 | 13.4 | 13.6 | 13.5 | 13.5 | 13.4 | 13.4 | 1.5 | 3.1 |
| 1935 | 13.6 | 13.7 | 13.7 | 13.8 | 13.8 | 13.7 | 13.7 | 13.7 | 13.7 | 13.7 | 13.8 | 13.8 | 13.7 | 3.0 | 2.2 |
| 1936 | 13.8 | 13.8 | 13.7 | 13.7 | 13.7 | 13.8 | 13.9 | 14.0 | 14.0 | 14.0 | 14.0 | 14.0 | 13.9 | 1.4 | 1.5 |
| 1937 | 14.1 | 14.1 | 14.2 | 14.3 | 14.4 | 14.4 | 14.5 | 14.5 | 14.6 | 14.6 | 14.5 | 14.4 | 14.4 | 2.9 | 3.6 |
| 1938 | 14.2 | 14.1 | 14.1 | 14.2 | 14.1 | 14.1 | 14.1 | 14.1 | 14.1 | 14.0 | 14.0 | 14.0 | 14.1 | -2.8 | -2.1 |
| 1939 | 14.0 | 13.9 | 13.9 | 13.8 | 13.8 | 13.8 | 13.8 | 13.8 | 14.1 | 14.0 | 14.0 | 14.0 | 13.9 | 0.0 | -1.4 |
| 1940 | 13.9 | 14.0 | 14.0 | 14.0 | 14.0 | 14.1 | 14.0 | 14.0 | 14.0 | 14.0 | 14.0 | 14.1 | 14.0 | 0.7 | 0.7 |
| 1941 | 14.1 | 14.1 | 14.2 | 14.3 | 14.4 | 14.7 | 14.7 | 14.9 | 15.1 | 15.3 | 15.4 | 15.5 | 14.7 | 9.9 | 5.0 |
| 1942 | 15.7 | 15.8 | 16.0 | 16.1 | 16.3 | 16.3 | 16.4 | 16.5 | 16.5 | 16.7 | 16.8 | 16.9 | 16.3 | 9.0 | 10.9 |

| Year | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1943 | 16.9 | 16.9 | 17.2 | 17.4 | 17.5 | 17.5 | 17.4 | 17.4 | 17.4 | 17.4 | 17.4 | 17.4 | 17.3 | 3.0 | 6.1 |
| 1944 | 17.4 | 17.4 | 17.4 | 17.5 | 17.5 | 17.6 | 17.7 | 17.7 | 17.7 | 17.7 | 17.8 | 17.8 | 17.6 | 2.3 | 1.7 |
| 1945 | 17.8 | 17.8 | 17.8 | 17.8 | 17.9 | 18.1 | 18.1 | 18.1 | 18.1 | 18.1 | 18.1 | 18.2 | 18.0 | 2.2 | 2.3 |
| 1946 | 18.2 | 18.1 | 18.3 | 18.4 | 18.5 | 18.7 | 19.1 | 19.4 | 20.2 | 20.4 | 20.8 | 21.3 | 19.5 | 18.1 | 8.3 |
| 1947 | 21.5 | 21.5 | 21.9 | 21.9 | 21.9 | 22.0 | 22.2 | 22.5 | 23.0 | 23.0 | 23.1 | 23.4 | 22.3 | 8.8 | 14.4 |
| 1948 | 23.7 | 23.4 | 23.4 | 23.8 | 23.9 | 24.1 | 24.5 | 24.4 | 24.5 | 24.4 | 24.2 | 24.1 | 24.1 | 3.0 | 8.1 |
| 1949 | 24.0 | 23.8 | 23.8 | 23.9 | 23.8 | 23.9 | 23.7 | 23.8 | 23.9 | 23.8 | 23.8 | 23.6 | 23.8 | -2.1 | -1.2 |
| 1950 | 23.5 | 23.5 | 23.6 | 23.6 | 23.7 | 23.8 | 24.1 | 24.3 | 24.4 | 24.6 | 24.7 | 25.0 | 24.1 | 5.9 | 1.3 |
| 1951 | 25.4 | 25.7 | 25.8 | 25.8 | 25.9 | 25.9 | 25.9 | 25.9 | 26.1 | 26.2 | 26.4 | 26.5 | 26.0 | 6.0 | 7.9 |
| 1952 | 26.5 | 26.3 | 26.3 | 26.4 | 26.4 | 26.5 | 26.7 | 26.7 | 26.7 | 26.7 | 26.7 | 26.7 | 26.5 | 1.9 | 1.9 |
| 1953 | 26.6 | 26.5 | 26.6 | 26.6 | 26.7 | 26.8 | 26.8 | 26.9 | 26.9 | 27.0 | 26.9 | 26.9 | 26.7 | 0.7 | 0.8 |
| 1954 | 26.9 | 26.9 | 26.9 | 26.8 | 26.9 | 26.9 | 26.9 | 26.8 | 26.8 | 26.8 | 26.8 | 26.7 | 26.9 | -0.7 | 0.7 |
| 1955 | 26.7 | 26.7 | 26.7 | 26.7 | 26.7 | 26.7 | 26.8 | 26.8 | 26.9 | 26.9 | 26.9 | 26.8 | 26.8 | 0.4 | -0.4 |
| 1956 | 26.8 | 26.8 | 26.8 | 26.9 | 27.0 | 27.2 | 27.4 | 27.3 | 27.4 | 27.5 | 27.5 | 27.6 | 27.2 | 3.0 | 1.5 |
| 1957 | 27.6 | 27.7 | 27.8 | 27.9 | 28.0 | 28.1 | 28.3 | 28.3 | 28.3 | 28.3 | 28.4 | 28.4 | 28.1 | 2.9 | 3.3 |
| 1958 | 28.6 | 28.6 | 28.8 | 28.9 | 28.9 | 28.9 | 29.0 | 28.9 | 28.9 | 28.9 | 28.9 | 28.9 | 28.9 | 1.8 | 2.8 |
| 1959 | 29.0 | 28.9 | 28.9 | 28.9 | 29.0 | 29.1 | 29.2 | 29.2 | 29.3 | 29.4 | 29.4 | 29.4 | 29.1 | 1.7 | 0.7 |
| 1960 | 29.3 | 29.4 | 29.4 | 29.5 | 29.5 | 29.6 | 29.6 | 29.6 | 29.6 | 29.8 | 29.8 | 29.8 | 29.6 | 1.4 | 1.7 |
| 1961 | 29.8 | 29.8 | 29.8 | 29.8 | 29.8 | 29.8 | 30.0 | 29.9 | 30.0 | 30.0 | 30.0 | 30.0 | 29.9 | 0.7 | 1.0 |
| 1962 | 30.0 | 30.1 | 30.1 | 30.2 | 30.2 | 30.2 | 30.3 | 30.3 | 30.4 | 30.4 | 30.4 | 30.4 | 30.2 | 1.3 | 1.0 |
| 1963 | 30.4 | 30.4 | 30.5 | 30.5 | 30.5 | 30.6 | 30.7 | 30.7 | 30.7 | 30.8 | 30.8 | 30.9 | 30.6 | 1.6 | 1.3 |
| 1964 | 30.9 | 30.9 | 30.9 | 30.9 | 30.9 | 31.0 | 31.1 | 31.0 | 31.1 | 31.1 | 31.2 | 31.2 | 31.0 | 1.0 | 1.3 |
| 1965 | 31.2 | 31.2 | 31.3 | 31.4 | 31.4 | 31.6 | 31.6 | 31.6 | 31.6 | 31.7 | 31.7 | 31.8 | 31.5 | 1.9 | 1.6 |
| 1966 | 31.8 | 32.0 | 32.1 | 32.3 | 32.3 | 32.4 | 32.5 | 32.7 | 32.7 | 32.9 | 32.9 | 32.9 | 32.4 | 3.5 | 2.9 |
| 1967 | 32.9 | 32.9 | 33.0 | 33.1 | 33.2 | 33.3 | 33.4 | 33.5 | 33.6 | 33.7 | 33.8 | 33.9 | 33.4 | 3.0 | 3.1 |
| 1968 | 34.1 | 34.2 | 34.3 | 34.4 | 34.5 | 34.7 | 34.9 | 35.0 | 35.1 | 35.3 | 35.4 | 35.5 | 34.8 | 4.7 | 4.2 |
| 1969 | 35.6 | 35.8 | 36.1 | 36.3 | 36.4 | 36.6 | 36.8 | 37.0 | 37.1 | 37.3 | 37.5 | 37.7 | 36.7 | 6.2 | 5.5 |
| 1970 | 37.8 | 38.0 | 38.2 | 38.5 | 38.6 | 38.8 | 39.0 | 39.0 | 39.2 | 39.4 | 39.6 | 39.8 | 38.8 | 5.6 | 5.7 |
| 1971 | 39.8 | 39.9 | 40.0 | 40.1 | 40.3 | 40.6 | 40.6 | 40.7 | 40.8 | 40.8 | 40.9 | 41.1 | 40.5 | 3.3 | 4.4 |
| 1973 | 42.6 | 42.9 | 43.3 | 43.6 | 43.9 | 44.2 | 44.3 | 45.1 | 45.2 | 45.6 | 45.9 | 46.2 | 44.4 | 8.7 | 6.2 |
| 1974 | 46.6 | 47.2 | 47.8 | 48.0 | 48.6 | 49.0 | 49.4 | 50.0 | 50.6 | 51.1 | 51.5 | 51.9 | 49.3 | 12.3 | 11.0 |
| 1975 | 52.1 | 52.5 | 52.7 | 52.9 | 53.2 | 53.6 | 54.2 | 54.3 | 54.6 | 54.9 | 55.3 | 55.5 | 53.8 | 6.9 | 9.1 |
| 1976 | 55.6 | 55.8 | 55.9 | 56.1 | 56.5 | 56.8 | 57.1 | 57.4 | 57.6 | 57.9 | 58.0 | 58.2 | 56.9 | 4.9 | 5.8 |
| 1977 | 58.5 | 59.1 | 59.5 | 60.0 | 60.3 | 60.7 | 61.0 | 61.2 | 61.4 | 61.6 | 61.9 | 62.1 | 60.6 | 6.7 | 6.5 |
| 1978 | 62.5 | 62.9 | 63.4 | 63.9 | 64.5 | 65.2 | 65.7 | 66.0 | 66.5 | 67.1 | 67.4 | 67.7 | 65.2 | 9.0 | 7.6 |
| 1979 | 68.3 | 69.1 | 69.8 | 70.6 | 71.5 | 72.3 | 73.1 | 73.8 | 74.6 | 75.2 | 75.9 | 76.7 | 72.6 | 13.3 | 11.3 |
| 1980 | 77.8 | 78.9 | 80.1 | 81.0 | 81.8 | 82.7 | 82.7 | 83.3 | 84.0 | 84.8 | 85.5 | 86.3 | 82.4 | 12.5 | 13.5 |
| 1981 | 87.0 | 87.9 | 88.5 | 89.1 | 89.8 | 90.6 | 91.6 | 92.3 | 93.2 | 93.4 | 93.7 | 94.0 | 90.9 | 8.9 | 10.3 |
| 1982 | 94.3 | 94.6 | 94.5 | 95.0 | 96.0 | 97.0 | 97.5 | 97.7 | 97.9 | 98.2 | 98.0 | 97.6 | 96.5 | 3.8 | 6.2 |
| 1983 | 97.8 | 97.9 | 97.9 | 98.6 | 99.2 | 99.5 | 99.9 | 100.2 | 100.7 | 101.0 | 101.2 | 101.3 | 99.6 | 3.8 | 3.2 |
| 1984 | 102.1 | 102.4 | 102.6 | 103.1 | 103.4 | 103.7 | 104.1 | 104.5 | 105.0 | 105.3 | 105.3 | 105.3 | 103.9 | 3.9 | 4.3 |
| 1985 | 105.5 | 106.0 | 106.4 | 106.9 | 107.3 | 107.6 | 107.8 | 108.0 | 108.3 | 108.7 | 109.0 | 109.3 | 107.6 | 3.8 | 3.6 |
| 1986 | 109.6 | 109.3 | 108.8 | 108.6 | 108.9 | 109.5 | 109.5 | 109.7 | 110.2 | 110.3 | 110.4 | 110.5 | 109.6 | 1.1 | 1.9 |
| 1987 | 111.2 | 111.6 | 112.1 | 112.7 | 113.1 | 113.5 | 113.8 | 114.4 | 115.0 | 115.3 | 115.4 | 115.4 | 113.6 | 4.4 | 3.6 |

ftp://ftp.bls.gov/pub/special.requests/cpi/cpiai.txt

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual | %Dec | %Avg |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|--------|------|------|
| 1988 | 115.7 | 116.0 | 116.5 | 117.1 | 117.5 | 118.0 | 118.5 | 119.0 | 119.8 | 120.2 | 120.3 | 120.5 | 118.3 | 4.4 | 4.1 |
| 1989 | 121.1 | 121.6 | 122.3 | 123.1 | 123.8 | 124.1 | 124.4 | 124.6 | 125.0 | 125.6 | 125.9 | 126.1 | 124.0 | 4.6 | 4.8 |
| 1990 | 127.4 | 128.0 | 128.7 | 128.9 | 129.2 | 129.9 | 130.4 | 131.6 | 132.7 | 133.5 | 133.8 | 133.8 | 130.7 | 6.1 | 5.4 |
| 1991 | 134.6 | 134.8 | 135.0 | 135.2 | 135.6 | 136.0 | 136.2 | 136.6 | 137.2 | 137.4 | 137.8 | 137.9 | 136.2 | 3.1 | 4.2 |
| 1992 | 138.1 | 138.6 | 139.3 | 139.5 | 139.7 | 140.2 | 140.5 | 140.9 | 141.3 | 141.8 | 142.0 | 141.9 | 140.3 | 2.9 | 2.9 |
| 1993 | 142.6 | 143.1 | 143.6 | 144.0 | 144.2 | 144.4 | 144.4 | 144.8 | 145.1 | 145.7 | 145.8 | 145.8 | 144.5 | 2.7 | 3.0 |
| 1994 | 146.2 | 146.7 | 147.2 | 147.4 | 147.5 | 148.0 | 148.4 | 149.0 | 149.4 | 149.5 | 149.7 | 149.7 | 148.2 | 2.7 | 2.6 |
| 1995 | 150.3 | 150.9 | 151.4 | 151.9 | 152.2 | 152.5 | 152.5 | 152.9 | 153.2 | 153.7 | 153.6 | 153.5 | 152.4 | 2.5 | 2.8 |
| 1996 | 154.4 | 154.9 | 155.7 | 156.3 | 156.6 | 156.7 | 157.0 | 157.3 | 157.8 | 158.3 | 158.6 | 158.6 | 156.9 | 3.3 | 3.0 |

ftp://ftp.bls.gov/pub/special.requests/cpi/cpiai.txt

2/28/2008