JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAOHUA CHEN, | ) No. C 07-2816 MEJ |
|     Plaintiff, | ) |
| v. | ) **STIPULATION AND [PROPOSED]** |
| MICHAEL CHERTOFF, Secretary of Department of Homeland Security; EMILIO GONZALES, Director, U.S. Citizenship and Immigration Services; CHRISTINA POULOS, Acting District Director, California Service Center, U.S. Citizenship and Immigration Services; MICHAEL MUKASEY, United States Attorney General, | ) **ORDER APPROVING COMPROMISE SETTLEMENT** ) ) ) ) ) ) Hearing Date: April 17, 2008 ) Time: 10:00 a.m. |
|     Defendants. | ) |

    IT IS HEREBY STIPULATED by and between Plaintiff Daohua Chen and Defendants Michael Chertoff, Emilio Gonzales, Christina Poulos and Michael Mukasey, by and through their attorneys of record as follows:

    1. The parties do hereby agree to settle and compromise the above-entitled action under the terms and conditions set forth herein and ask that the Court vacate the April 17, 2008 hearing date on Plaintiff's motion for fees.

    2. Defendant agrees to pay to Plaintiff Chen the sum of Two Thousand Dollars and no cents

($2,000.00), which sum shall be in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen injuries, resulting, and to result, from the same subject matter that gave rise to the above-captioned lawsuit.

 3. Plaintiff and her heirs, executors, administrators or assigns hereby agree to accept the sum listed in paragraph 2 in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen injuries, which she may have or hereafter acquire against Defendants and their agencies, agents, servants and employees on account of the same subject matter that gave rise to the above-captioned lawsuit.  Plaintiff and her heirs, executors, administrators or assigns further agree to reimburse, indemnify and hold harmless Defendants and their agencies, agents, servants or employees from any and all such causes of action, claims, liens, rights, or subrogated or contribution interests incident to or resulting from further litigation or the prosecution of claims by Plaintiff or her heirs, executors, administrators or assigns against any third party or against Defendants.

 4. This stipulation for compromise settlement shall not constitute an admission of liability or fault on the part of Defendants, their agencies, agents, servants, or employees, and is entered into by the parties for the purpose of compromising disputed claims and avoiding the expenses and risks of litigation.

 5. This Agreement may be pled as a full and complete defense to any subsequent action or other proceeding involving any person or party which arises out of the claims released and discharged by the Agreement.

 6. It is also agreed, by and among the parties, that the settlement amount of Two Thousand Dollars and no cents ($2,000.00)  represents the entire amount of the compromise settlement and that the respective parties will each bear their own costs, fees, and expenses and that any attorneys' fees owed by Plaintiff will be paid out of the settlement amount and not in addition thereto.  The check is to be payable to Plaintiff's counsel:

Stipulation Approving Compromise Settlement
C07-2816 MEJ        2

Justin X. Wang
Baughman & Wang
Attorneys at Law
111 Pine Street, Suite 1350
San Francisco, CA 94111
Tel. (415)576-9923
Fax (415)576-9929

7.  In consideration of this Agreement and following the payment of the foregoing amount thereunder, the parties agree to dismiss with prejudice this lawsuit.

8.  Plaintiff has been informed that payment may take forty-five days or more to process, but Defendants agree to make good faith efforts to expeditiously process said payment.

9.  The parties agree that should any dispute arise with respect to the implementation of the terms of this Agreement, Plaintiff shall not seek to rescind the Agreement and pursue her original causes of action. Plaintiff's sole remedy in such a dispute is an action to enforce the Agreement in district court. The parties agree that the Court will retain jurisdiction over this matter for the purposes of enforcing this Agreement.

10.  This instrument shall constitute the entire Agreement between the parties, and it is expressly understood and agreed that the Agreement has been freely and voluntarily entered into by the parties hereto with the advice of counsel, who have explained the legal effect of this Agreement. The parties further acknowledge that no warranties or representations have been made on any subject other than as set forth in this Agreement. This Agreement may not be altered, modified or otherwise changed in any respect except by writing, duly executed by all of the parties or their authorized representatives.

///

///

///

///

///

Stipulation Approving Compromise Settlement
C07-2816 MEJ                                               3

| | |
|---|---|
| Dated: March 25, 2008 | /s/<br>DAOHUA CHEN<br>Plaintiff |
| Dated: March 25, 2008 | /s/<br>JUSTIN X. WANG<br>Attorney for Plaintiff |
| | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| Dated: March 25, 2008 | /s/<br>ILA C. DEISS<br>Assistant United States Attorney<br>Attorneys for Defendants |

**ORDER**

APPROVED AND SO ORDERED.

Dated: March 26, 2008

_____
MARIA-ELENA JAMES
United States Magistrate Judge

Stipulation Approving Compromise Settlement
C07-2816 MEJ                                4